UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KRISTIN STEIN,

                Plaintiff,                **ORDER**

v.
                                          21-CV-05673 (PMH)

TOWN OF GREENBURGH, et al.,

                Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Upon the Consents to Change Attorney filed by defendants Dyana Albano (Doc. 37), Dennis Basulto (Doc. 38), Jeff Cerone (Doc. 39), Michael Cookingham (Doc. 40), Brian Doherty (Doc. 41), Patrick Grady (Doc. 42), Robert Gramaglia (Doc. 43), Frank Kozakiewicz (Doc. 44), Brian Matthews (Doc. 45), John Pilla (Doc. 46), and Eric Vlasaty (Doc. 47), pursuant to Local Civil Rule 1.4, the Court grants the application of attorney Timothy W. Lewis to be relieved as counsel for said defendants.

      The Clerk of Court is respectfully requested to terminate Timothy W. Lewis as attorney of record for the defendants listed herein.

SO-ORDERED:

Dated: White Plains, New York
       September 29, 2021

                                                        _____
                                                        Philip M. Halpern
                                                       United States District Judge