UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTIN STEIN,

                                       Plaintiff,

    -against-

TOWN OF GREENBURGH, BRIAN RYAN in his official
capacity as Interim Chief of Police and individually,
CHRIS MCNERNEY in his official capacity as Chief of Police and
individually, ROBERT J. GRAMAGLIA in his official capacity
as a Lieutenant and individually, KOBIE POWELL in his official     7:21-cv-05673-PMH
capacity as a Lieutenant and individually, BRIAN
MATTHEWS in his official capacity as a Lieutenant and
individually, FRANK FARINA in his official capacity as a     **DEFENDANTS' NOTICE OF**
Patrol Captain and individually, DENNIS BASULTO in his     **MOTION TO DISMISS**
official capacities as a Sergeant and Lieutenant and individually,
ERIC VLASATY in his official capacity as a Sergeant and
individually, PATRICK T. GRADY in his official capacity as a
Sergeant and individually, MICHAEL COOKINGHAM in his
official capacity as a Sergeant and individually, ALEX
RODRIGUEZ in his official capacity as a Sergeant and
individually, JEFF CERONE in his official capacity as a Police
Officer and individually, JOHN PILLA, in his official capacity
as a Police Officer and individually, BRIAN DOHERTY, in his
official capacity as a Police Officer and individually, DYANA
ALBANO in her official capacity as a Police Officer and
individually, and FRANK KOZAKIEWICZ in his official
capacity as a Police Officer and individually,

                                       Defendants.
------------------------------------------------------------------X

**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL**
**COMPLAINT PURSUANT TO FED. R. CIV. PRO. 12(C) ON BEHALF OF THE**
**DEFENDANT ROBERT J. GRAMAGLIA**

       PLEASE TAKE NOTICE that Defendant, ROBERT J. GRAMAGLIA, by and through

counsel WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C., DANIEL A. SEYMOUR,

ESQ., of Counsel, will move for judgment on the pleadings before the Honorable Philip M. Halperin, United States District Judge, at the United States Federal Courthouse, 300 Quarropas Street, Courtroom 520, White Plains New York 10601 on the 27th day of May, 2022 at 10:00 am, or as soon thereafter as counsel may be heard, for an Order granting the Defendants' Motion to Dismiss certain of Plaintiff's causes and claims (1) pursuant to Title VII based upon alleged conduct occurring more than 300 days before Plaintiff's filing of a charge of discrimination with the United States Equal Employment Opportunity Commission, (2) pursuant to NYSHRL due to Plaintiff's failure to timely serve a notice of claim and/or comply with other requirements pursuant to New York State Town Law § 67. Plaintiff's First Amended and Supplemental Complaint, filed on March 3, 2022, fails to state a claim upon which relief can be granted.

In support of this Motion, the Defendant incorporates and joins herein by reference the Declaration of Daniel A. Seymour, Esq, the pleadings of record, and the Motion to Dismiss filed by the Town of Greenburgh.

Dated: White Plains, New York
April 8, 2022

WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.

DANIEL A. SEYMOUR, ESQ.
Attorneys for Defendant
ROBERT J. GRAMAGLIA
707 Westchester Avenue, Suite 213
White Plains, New York 10604
(914) 686-9010

TO: MURTAGH, COSSU, VENDITTI & CASTRO-BLANCO, LLP
DENISE M. COSSU, ESQ.
1133 Westchester Avenue, Suite N202
White Plains, New York, 10604

LAW OFFICE OF VINCENT TOOMEY
THOMAS MARCOLINE, ESQ.
3000 Marcus Avenue, Suite 1W10
New Hyde Park, New York, 11042

PISCIONERE & NEMAROW P.C.
ANTHONY J. PISCIONERE, ESQ.
363 Boston Post Road,
Rye, New York, 10580