UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KRISTIN STEIN,

                        Plaintiff,

                    -against-

TOWN OF GREENBURGH, BRIAN RYAN in his official capacity as Interim Chief of Police and individually, CHRIS MCNERNEY in his official capacity as Chief of Police and individually, ROBERT J. GRAMAGLIA in his official capacity as a Lieutenant and individually, KOBIE POWELL in his official capacity as a Lieutenant and individually, BRIAN MATTHEWS in his official capacity as a Lieutenant and individually, FRANK FARINA in his official capacity as a Patrol Captain and individually, DENNIS BASULTO in his official capacities as a Sergeant and Lieutenant and individually, ERIC VLASATY in his official capacity as a Sergeant and individually, PATRICK T. GRADY in his official capacity as a Sergeant and individually, MICHAEL COOKINGHAM in his official capacity as a Sergeant and individually, ALEX RODRIGUEZ in his official capacity as a Sergeant and individually, JEFF CERONE in his official capacity as a Police Officer and individually, JOHN PILLA, in his official capacity as a Police Officer and individually, BRIAN DOHERTY, in his official capacity as a Police Officer and individually, DYANA ALBANO in her official capacity as a Police Officer and individually, and FRANK KOZAKIEWICZ in his official capacity as a Police Officer and individually,

                    Defendants.
------------------------------------------------------------------------x

**DECLARATION OF DENISE M. COSSU, ESQ IN OPPOSITION TO MOTION**

7:21 CV 05673 (PMH)

    **DENISE M. COSSU**, declares under penalty of perjury and pursuant to 28 U.S.C. §1746, that the following is true and correct.

    1. I am a partner in the law firm Murtagh, Cossu, Venditti & Castro-Blanco, LLP, attorneys for plaintiff Kristin Stein in the above-captioned action, and, as such, and from a review of our

files, I am fully familiar with the facts and circumstances of this case.

2. I submit this Declaration in support of Plaintiff Kristin Stein's Memorandum of Law in Opposition to Defendants' Motion to Dismiss certain of Plaintiffs causes and claims against the Defendants set forth in Plaintiffs First Amended And Supplemental Complaint ("FASC") pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the FASC, together with Exhibits A through E.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the First Pre-Motion Letter dated September 17, 2021.

5. . Attached hereto as **Exhibit 3** is a true incorrect copy of the Response to First Pre-Motion Letter dated September 24, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Second Pre-Motion Letter dated September 27, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Response to Second Pre-Motion Letter dated October 4, 2021.

8. Attached hereto as **Exhibit 6** is a true and correct copy of December 27, 2021 letter to the Court.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Court's January 3, 2022 Order.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Court's February 2, 2022 Order.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Notice of Decision dated March 1, 2022.

Dated: White Plains, New York
May 5, 2022

    /s/Denise M. Cossu
    Denise M. Cossu (DC6900)

    MURTAGH, COSSU, VENDITTI & CASTRO-BLANCO, LLP
    *Attorneys for Plaintiff Kristin Stein*
    1133 Westchester Avenue, Suite N-202
    White Plains, New York 10604
    (914) 288-9595
    (914) 831-6248 (Direct)

Thomas J. Marcoline Esq.
LAW OFFICE OF VINCENT TOOMEY
3000 Marcus Avenue, Suite 1Wl0
Lake Success, New York 11042
Attorneys for Defendants
*Town of Greenburgh, Brian Ryan,*
*Chris McNerney, Kobie Powell and Frank Farina*

Anthony G. Piscionere, Esq.
PISCIONERE & NEMAROW, P.C.
363 Boston Post Road
Rye, New York 10580
Attorneys for Defendants
*Brian Matthews, Dennis Basulto, Eric Vlasaty,*
*Michael Cookingham, Alex Rodriguez, Jeff Cerone,*
*John Pilla, Brian Doherty, Dyana Albano, Frank Kozakiewicz*
*and Patrick Grady*

Daniel A. Seymour, Esq.
WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
707 Westchester Avenue, Suite 213
White Plains, New York 10604
Attorneys for Defendant
*Robert J. Gramaglia*