# LAW OFFICE OF VINCENT TOOMEY

VINCENT TOOMEY*
THOMAS J. MARCOLINE**
HEATHER P. HARRISON

3000 MARCUS AVENUE, SUITE IW10
LAKE SUCCESS, NEW YORK 11042

516-358-5690

ASSOCIATE
JASMINE L. BROWN

*ALSO MEMBER CONNECTICUT BAR
**ALSO MEMBER MASSACHUSETTS BAR

May 27, 2022

**BY ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    *Stein v. Town of Greenburgh, et al.,*
             SDNY Case No. 7:21-cv-05673 (PMH)
             <u>Request to Formally Seal Filing pursuant to SDNY ECF Rule 21.7</u>

Dear Judge Halpern:

        This office represents the Defendants Town of Greenburgh, Brian Ryan, Chris McNerney, Frank Farina and Kobie Powell (collectively "Defendants"), in the above-referenced matter.

        On this date, I filed a declaration in support of the Defendants' motion to dismiss in this matter by ECF (Declaration of Thomas J. Marcoline in Support of Defendants' Motion to Dismiss, ECF Document No. 81). After filing that document on ECF, I observed that I inadvertently did not redact the Plaintiff's date of birth from Exhibits C and D to my declaration. Pursuant to Rule 21.7 of the Court's Electronic Case Filing Rules & Instructions, I contacted the ECF Help Desk and made an emergency sealing request for sealing of that filing pending this application. Therefore, pursuant to SDNY ECF Rule 21.7(b), I respectfully request that the Court formally seal that filing (ECF Document No. 81). I have spoken with counsel for all other parties to this matter and they have consented to this request.

        In accordance with SDNY ECF Rule 21.7(c), I have re-filed the Declaration on ECF with the date of birth redacted from Exhibits C and D (ECF Document No. 91).

        Thank you for your consideration.

                                              Respectfully submitted,

                                              LAW OFFICE OF VINCENT TOOMEY

                                              Thomas J. Marcoline

Cc:    Denise M. Cossu, Esq. (by ECF)
        Anthony G. Piscionere, Esq. (by ECF)
        Daniel A. Seymour, Esq. (by ECF)