# LAW OFFICE OF VINCENT TOOMEY

VINCENT TOOMEY*
THOMAS J. MARCOLINE**
HEATHER P. HARRISON

_____

*ALSO MEMBER CONNECTICUT BAR
**ALSO MEMBER MASSACHUSETTS BAR

**BY ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

> Application granted. The Clerk of Court is respectfully requested to formally seal the declaration with exhibits containing sensitive information that should have been filed under seal (Doc. 81).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 31, 2022

Re:  *Stein v. Town of Greenburgh, et al.,*
SDNY Case No. 7:21-cv-05673 (PMH)
Request to Formally Seal Filing pursuant to SDNY ECF Rule 21.7

Dear Judge Halpern:

This office represents the Defendants Town of Greenburgh, Brian Ryan, Chris McNerney, Frank Farina and Kobie Powell (collectively "Defendants"), in the above-referenced matter.

On this date, I filed a declaration in support of the Defendants' motion to dismiss in this matter by ECF (Declaration of Thomas J. Marcoline in Support of Defendants' Motion to Dismiss, ECF Document No. 81). After filing that document on ECF, I observed that I inadvertently did not redact the Plaintiff's date of birth from Exhibits C and D to my declaration. Pursuant to Rule 21.7 of the Court's Electronic Case Filing Rules & Instructions, I contacted the ECF Help Desk and made an emergency sealing request for sealing of that filing pending this application. Therefore, pursuant to SDNY ECF Rule 21.7(b), I respectfully request that the Court formally seal that filing (ECF Document No. 81). I have spoken with counsel for all other parties to this matter and they have consented to this request.

In accordance with SDNY ECF Rule 21.7(c), I have re-filed the Declaration on ECF with the date of birth redacted from Exhibits C and D (ECF Document No. 91).

Thank you for your consideration.

Respectfully submitted,

LAW OFFICE OF VINCENT TOOMEY

Thomas J. Marcoline

Cc:  Denise M. Cossu, Esq. (by ECF)
Anthony G. Piscionere, Esq. (by ECF)
Daniel A. Seymour, Esq. (by ECF)