UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

KRISTIN STEIN,                                              :
                                                           :     Case No.: 21-cv-05673 (PMH)
                                        Plaintiffs,        :
                                                           :
            -against-                                      :
                                                           :     **STIPULATION TO**
                                                           :     **CHANGE COUNSEL**
TOWN OF GREENBURGH, BRIAN RYAN in his official             :
capacity as Interim Chief of Police and individually, CHRIS :
MCNERNEY in his official capacity as Chief of Police and   :
individually, ROBERT J. GRAMAGLIA in his official          :
capacity as a Lieutenant and individually, KOBIE POWELL in :
his official capacity as a Lieutenant and individually,  BRIAN :
MATTHEWS in his official capacity as a Lieutenant and      :
individually, FRANK FARINA in his official capacity as a   :
Patrol Captain and individually, DENNIS BASULTO in his     :
official capacities as a Sergeant and Lieutenant and       :
individually, ERIC VLASATY in his official capacity as a   :
Sergeant and individually,  PATRICK T. GRADY in his        :
official capacity as a Sergeant and individually, MICHAEL  :
COOKINGHAM in his official capacity as a Sergeant and      :
individually, ALEX RODRIGUEZ in his official capacity as a :
Sergeant and individually, JEFF CERONE in his official     :
capacity as a Police Officer and individually, JOHN PILLA, in :
his official capacity as a Police Officer and individually,  :
BRIAN DOHERTY, in his official capacity as a Police Officer :
and individually, DYANA ALBANO in her official capacity as :
a Police Officer and individually, and FRANK              :
KOZAKIEWICZ in his official capacity as a Police Officer   :
and individually,                                          :
                                                           :
                                        Defendants.        :
------------------------------------------------------------------------ X                              X


**IT IS HEREBY STIPULATED, AGREED AND CONSENTED** that the firm of

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, is to be substituted as

attorneys of record for the defendants **THE TOWN OF GREENBURGH, BRIAN RYAN,**

**CHRIS MCNERNEY, KOBIE POWELL, and FRANK FARINA,** in the above-entitled

action in place and instead of the LAW OFFICE OF VINCENT TOOMEY, as of the date hereof.

**IT IS FURTHER STIPULATED, AGREED AND CONSENTED** that any fax or

electronic signatures appearing below, if applicable, will be deemed to be originals and that the

within Stipulation may be signed in counterparts and filed without further notice with the Clerk of

the Court.

Dated: Lake Success, New York
      June 2 3, 2022

Dated: White Plains, New York
      June 30, 2022

**LAW OFFICE OF VINCENT TOOMEY**

By: _____
Outgoing Counsel
Thomas J. Marcoline, Esq.
3000 Marcus Avenue
Suite 1W10
Lake Success, New York 11042
(516) 775-0237
tmarcoline@vtlawoffice.com

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
Incoming Counsel
John M. Flannery, Esq.
Eliza M. Scheibel, Esq.
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
John.Flannery@wilsonelser.com
Eliza.Scheibel@wilsonelser.com

DAVID FRIED, ESQ.
As Acting Town Attorney, on behalf of
TOWN OF GREENBURGH

STATE OF NEW YORK     )

                        ) ss.:

COUNTY OF WESTCHESTER   )

On this 25th day of June, 2022, before me the undersigned, personally appeared, David Fried personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

Cathleen F. McKenna
NOTARY PUBLIC

CATHLEEN F MCKENNA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MC6393801
Qualified in Westchester County
My Commission Expires June 24, 2023

272198816v.1

_____
BRIAN RYAN

STATE OF NEW YORK          )

                              Dutchess          ) ss.:

COUNTY OF ~~WESTCHESTER~~     )


On this 24 day of June _____, 2022, before me the undersigned, personally appeared, Brian Ryan _____ personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

RICHARD RICCARDI
NOTARY PUBLIC
STATE OF NEW YORK
NO. 01RI5062125
QUALIFIED DUTCHESS COUNTY
COMMISSION EXPIRES JUNE 24, 2026

_(signature)_

CHRIS MCNERNEY

STATE OF NEW YORK            )

                            ) ss.:

COUNTY OF WESTCHESTER       )

**MARIA CECILIA DEPINHO**
Notary Public, State of New York
No. 01DE6313737
Qualified in Westchester County
Term Expires October 27, 20_2_2

On this $\underline{24^{th}}$ day of $\underline{\quad June \quad}$, 2022, before me the undersigned, personally appeared, $\underline{\quad CHRIS\ MCNERNEY \quad}$ personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_(signature)_ Maria C. DePinho

NOTARY PUBLIC

272198816v.1

_____

KOBIE POWELL


STATE OF NEW YORK                )

                                 ) ss.:

COUNTY OF WESTCHESTER      )


On this 23rd day of June _____, 2022, before me the undersigned, personally appeared, Kobie Powell _____ personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____

NOTARY PUBLIC

SHEILA M. TOMPKINS
Notary Public. State of New York
No. 01TO6195788
Qualified in Westchester County
Commission Expires November 3, 20 24


272198816v.1

FRANK FARINA

STATE OF NEW YORK                    )

                                     ) ss.:

COUNTY OF WESTCHESTER        )

On this 23rd day of ___June___, 2022, before me the undersigned, personally appeared, ___Frank Farina___ personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

NOTARY PUBLIC

SHEILA M. TOMPKINS
Notary Public. State of New York
No. 01TO6195788
Qualified in Westchester County
Commission Expires November 3, 2024

272198816v.1