UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
KRISTIN STEIN,

           Plaintiffs,

  -against-

TOWN OF GREENBURGH, BRIAN RYAN in his official capacity as Interim Chief of Police and individually, CHRIS MCNERNEY in his official capacity as Chief of Police and individually, ROBERT J. GRAMAGLIA in his official capacity as a Lieutenant and individually, KOBIE POWELL in his official capacity as a Lieutenant and individually, BRIAN MATTHEWS in his official capacity as a Lieutenant and individually, FRANK FARINA in his official capacity as a Patrol Captain and individually, DENNIS BASULTO in his official capacities as a Sergeant and Lieutenant and individually, ERIC VLASATY in his official capacity as a Sergeant and individually, PATRICK T. GRADY in his official capacity as a Sergeant and individually, MICHAEL COOKINGHAM in his official capacity as a Sergeant and individually, ALEX RODRIGUEZ in his official capacity as a Sergeant and individually, JEFF CERONE in his official capacity as a Police Officer and individually, JOHN PILLA, in his official capacity as a Police Officer and individually, BRIAN DOHERTY, in his official capacity as a Police Officer and individually, DYANA ALBANO in her official capacity as a Police Officer and individually, and FRANK KOZAKIEWICZ in his official capacity as a Police Officer and individually,

           Defendants.
----------------------------------------------------------------------- X

Case No.: 21-cv-05673 (PMH)

**STIPULATION TO CHANGE COUNSEL**

**IT IS HEREBY STIPULATED, AGREED AND CONSENTED** that the firm of

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, is to be substituted as

attorneys of record for the defendants **THE TOWN OF GREENBURGH, BRIAN RYAN,**

272198816v.1

CHRIS MCNERNEY, KOBIE POWELL, and FRANK FARINA, in the above-entitled action in place and instead of the LAW OFFICE OF VINCENT TOOMEY, as of the date hereof.

IT IS FURTHER STIPULATED, AGREED AND CONSENTED that any fax or electronic signatures appearing below, if applicable, will be deemed to be originals and that the within Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court.

Dated: Lake Success, New York
June 23, 2022

LAW OFFICE OF VINCENT TOOMEY

By: _____
Outgoing Counsel
Thomas J. Marcoline, Esq.
3000 Marcus Avenue
Suite 1W10
Lake Success, New York 11042
(516) 775-0237
tmarcoline@vtlawoffice.com

Dated: White Plains, New York
June 30, 2022

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Incoming Counsel
John M. Flannery, Esq.
Eliza M. Scheibel, Esq.
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
John.Flannery@wilsonelser.com
Eliza.Scheibel@wilsonelser.com

SO ORDERED.
_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       July 7, 2022

272198816v.1

_[signature]_
DAVID FRIED, ESQ.
As Acting Town Attorney, on behalf of
TOWN OF GREENBURGH

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

On this 25th day of June , 2022, before me the undersigned, personally appeared, David Fried personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_Cathleen F. McKenna_
NOTARY PUBLIC

CATHLEEN F MCKENNA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MC6393801
Qualified in Westchester County
My Commission Expires June 24, 2023

272198816v.1

_____
BRIAN RYAN

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF ~~WESTCHESTER~~ Dutchess  )

On this 24 day of June, 2022, before me the undersigned, personally appeared, Brian Ryan personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

RICHARD RICCARDI
NOTARY PUBLIC
STATE OF NEW YORK
NO. 01RI5062125
QUALIFIED DUTCHESS COUNTY
COMMISSION EXPIRES JUNE 24, 2026

272198816v.1

_____
CHRIS MCNERNEY

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

MARIA CECILIA DEPINHO
Notary Public, State of New York
No. 01DE6313737
Qualified in Westchester County
Term Expires October 27, 2022

On this 24th day of June, 2022, before me the undersigned, personally appeared, CHRIS MCNERNEY personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
Maria C. DePinho
NOTARY PUBLIC

272198816v.1

_____
KOBIE POWELL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

On this 23rd day of June, 2022, before me the undersigned, personally appeared, Kobie Powell personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

SHEILA M. TOMPKINS
Notary Public, State of New York
No. 01TO6195788
Qualified in Westchester County
Commission Expires November 3, 2024

272198816v.1

_____
FRANK FARINA

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

On this 23rd day of June, 2022, before me the undersigned, personally appeared, Frank Farina personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity.

_____
NOTARY PUBLIC

SHEILA M. TOMPKINS
Notary Public, State of New York
No. 01TO6195788
Qualified in Westchester County
Commission Expires November 3, 2024

272198816v.1