UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
KRISTIN STEIN,

                       Plaintiffs,

     -against-

TOWN OF GREENBURGH, BRIAN RYAN in his official capacity as Interim Chief of Police and individually, CHRIS MCNERNEY in his official capacity as Chief of Police and individually, ROBERT J. GRAMAGLIA in his official capacity as a Lieutenant and individually, KOBIE POWELL in his official capacity as a Lieutenant and individually, BRIAN MATTHEWS in his official capacity as a Lieutenant and individually, FRANK FARINA in his official capacity as a Patrol Captain and individually, DENNIS BASULTO in his official capacities as a Sergeant and Lieutenant and individually, ERIC VLASATY in his official capacity as a Sergeant and individually, PATRICK T. GRADY in his official capacity as a Sergeant and individually, MICHAEL COOKINGHAM in his official capacity as a Sergeant and individually, ALEX RODRIGUEZ in his official capacity as a Sergeant and individually, JEFF CERONE in his official capacity as a Police Officer and individually, JOHN PILLA, in his official capacity as a Police Officer and individually, BRIAN DOHERTY, in his official capacity as a Police Officer and individually, DYANA ALBANO in her official capacity as a Police Officer and individually, and FRANK KOZAKIEWICZ in his official capacity as a Police Officer and individually,

                       Defendants.
-------------------------------------------------------------------- X

Case No.: 21-cv-05673 (PMH)

**STIPULATION OF WITHDRAWAL OF COUNSEL**

WHEREAS, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP entered an appearance in this matter as counsel for the Town of Greenburgh on July 7, 2022;

The undersigned hereby stipulate and consent to the withdrawal of David Ross Fried as counsel for the Town of Greenburgh as of the date hereof.

272198816v.1

It is further stipulated, agreed and consented that any fax or electronic signatures appearing below, if applicable, will be deemed to be originals and that the within Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
July   , 2022

By: _____
Withdrawing Counsel
David Ross Fried
Town of Greenburgh, Office of Town Attorneys
177 Hillside Avenue
Greenburgh, NY 10607
(914) 993-1546
drfried@greenburghny.com

Dated: White Plains, New York
July 13, 2022

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
John M. Flannery, Esq.
Eliza M. Scheibel, Esq.
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
John.Flannery@wilsonelser.com
Eliza.Scheibel@wilsonelser.com

TOWN OF GREENBURGH

By: _____
Joseph A. Danko
Interim Town Attorney
Town of Greenburgh
177 Hillside Avenue
Greenburgh, New York 10607
(914) 989-1615
JDanko@greenburghny.com

272198816v.1