**MURTAGH, COSSU, VENDITTI & CASTRO-BLANCO, LLP**
222 BLOOMINGDALE RD, SUITE 202
WHITE PLAINS, N
(914) 28
FAX (914)

> Plaintiff's application to serve revised compliant opposition papers on January 20, 2025 is granted. Defendants' reply shall be served on February 18, 2025, and all papers shall be filed on that date. Defendants' letter motion to compel and strike is denied as moot. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 137).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           December 18, 2024

**Denise M. Cossu, Esq**.
e-mail: dcossu@mcvclaw.com
Office: (914) 831-6248


**BY ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 530
White Plains, New York 10601-4150

     Re:    **Kristin Stein v. Town Of Greenburgh, et al**
                **(Civil Action No: 7:21cv05673 [PMH])**

Dear Judge Halpern:

This firm represents Plaintiff, Kristin Stein, in the above referenced matter. We write pursuant to your Order dated December 16, 2024 (Docket Entry 139) regarding Defendants' letter Motion dated December 13, 2024.

Plaintiff had provided a response to Defendants' letter (Docket Entry 138) prior to receipt of your Order. However, it appears that the I was mistaken in my understanding of your requirements, for which I respectfully apologize. I will withdraw those documents which have already been provided and serve compliant opposition papers on Defendants as requested by counsel in his application

Bearing in mind that the current deadline for the parties to file their papers on PACER is Monday, December 23, 2024, the holidays that are before us, and to provide Defendants an opportunity to reply to the revised opposition papers, I respectfully request, with the consent of Defendants, an adjournment of the final return date from December 23, 2024 to February

Honorable Philip M. Halpern
December 17, 2024
Page 2


18, 2025 with the following agreed upon schedule:

- January 20, 2024 for Plaintiff to serve Defendants with revised compliant opposition papers and

- February 18, 2024 for Defendants to serve their Reply and for the Parties to file all submissions on PACER

Additionally, the parties have met and conferred with respect to Plaintiff's withdrawal of her claims against Defendants Frank Kozakiewicz and Dyana Albano. A Stipulation of Dismissal has been prepared and will be filed separately to be so-ordered by the Court.

Thank-you for your consideration in this matter.

Very truly yours,

*Denise Cossu*

Denise M. Cossu


cc:      All Counsel of Record (by ECF)