UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X   Docket No.: 7:21-cv-05673-PMH

KRISTIN STEIN,                                                         :

     Plaintiff,                                                    :

-against-                                                              :

TOWN OF GREENBURGH, BRIAN RYAN in his :
official capacity as Interim Chief of Police and :      **NOTICE OF MOTION FOR**
individually, CHRIS MCNERNEY in his official capacity : **SUMMARY JUDGMENT**
as Chief of Police and individually, ROBERT J. :        **PURSUANT TO**
GRAMAGLIA in his official capacity as a Lieutenant and : **FED. R. CIV. P. 56**
individually, KOBIE POWELL in his official capacity as a :
Lieutenant and individually, BRIAN MATTHEWS in his :
official capacity as a Lieutenant and individually, FRANK :
FARINA in his official capacity as a Patrol Captain and :
individually, DENNIS BASULTO in his official capacities :
as a Sergeant and. Lieutenant and individually, ERIC :
VLASATY in his official capacity as a Sergeant and :
individually, PATRICK T. GRADY in his official capacity :
as a Sergeant and individually, MICHAEL :
COOKINGHAM in his official capacity as a Sergeant and :
individually, ALEX RODRIGUEZ in his official capacity :
as a Sergeant and individually, JEFF CERONE in his :
official capacity as a Police Officer and individually, :
JOHN PILLA, in his official capacity as a Police Officer :
and individually, BRIAN DOHERTY, in his official :
capacity as a Police Officer and Individually, DYANA :
ALBANO in her official capacity as a Police Officer and :
individually, and FRANK KOZAKIEWICZ in his official :
capacity as a Police Officer and individually, :

     Defendants.                                                   :
---------------------------------------------------------------------- X

     **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Eliza M. Scheibel, Esq.

and the affidavits and exhibits annexed thereto; the accompanying Defendants' Joint Statement of

Material Facts Pursuant to Local Rule 56.1, and Defendants' Joint Memorandum of Law in

Support of Defendants' Motion for Summary Judgment; and upon all pleadings and proceedings

heretofore had herein, Defendants will move this Court before the Honorable Philip P. Halpern,

United States District Judge, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, at a date and time to be ordered by the Court, for an Order pursuant to Fed. R. Civ. P. 56(a), awarding summary judgment in favor of defendants, dismissing Plaintiff's Amended Complaint, and awarding Defendants such other and further relief as this Court deems just, equitable and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the court-ordered briefing schedule set out in the Court's June 6, 2024 Order (DE#136), opposition papers shall be served on or before November 25, 2024, with reply papers to follow on or before December 23, 2024.

Dated: White Plains, New York
August 29, 2024

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants Town of Greenburgh, Chris McNerney, Kobie Powell, and Frank Farina

_____
John M. Flannery, Esq.
Eliza M. Scheibel, Esq.

1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Our File No.: 11174.00005

PISCIONERE & NEMAROW P.C.
Attorneys for Defendants Brian Matthews, Jeff Cerone, Dyana Albano, and Frank Kozakiewicz

_____
Anthony J. Piscionere, Esq.

363 Boston Post Road
Rye, New York 10580
(914) 835-6900

2

TO:

Denise M. Cossu
Murtagh, Cossu, Venditti & Castro-Blanco LLP
*Attorneys for Plaintiff*
222 Bloomingdale Road, Ste 202
White Plains, NY 10605
914-288-9595
Fax: 914-288-0580
Email: dcossu@mcvclaw.com