

John M. Flannery
914.872.7111 (direct)
914 391 2673 (mobile)
John.Flannery@wilsonelser.com

April 14, 2025

> Application granted. Deadlines extended as set forth herein.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        April 15, 2025

**VIA ECF**

Hon. Judge Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

  Re: *Kristin Stein v. Town of Greenburgh*, et al. 21-cv-05673 (PMH)
     File No.: 11174.00005

Dear Judge Halpern:

  We represent defendants the Town of Greenburgh, Greenburgh Police Chief Kobie Powell, and Captain Frank Farina (the "Defendants"). We write jointly on behalf of Defendants and Plaintiff to seek a brief extension of time regarding the filing of pretrial materials in this action. Specifically, the parties seek a one-week extension of time for the filing of the Joint Pretrial Order and voir dire from April 24, 2025 to May 1, 2025, and a further two week extension from that time, to May 15, 2025, for the filing of the proposed jury charge, verdict form, motions in limine, and any pre-trial memorandum under Rule 6(B)(i), (iii), and (iv).

  In a March 25, 2025 Opinion and Order, this Court, *inter alia*, directed the parties to file all materials required by Rule 6(A) and 6(B) of the Court's Individual Practices by April 24, 2025. The parties have been working diligently to meet the Court's deadline, but seek a short extension of time as defense counsel had planned to be out-of-office over the Easter holiday prior to receipt

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001
150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY



of the Court's March 25, 2025 Order and the parties believe the additional time would help them better coordinate and prepare a joint charge and to help clarify the issues to be addressed by motions in limine. This letter is jointly submitted with the consent of Plaintiff's counsel.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

John M. Flannery

cc: Counsel of Record (via ECF)