

# MURTAGH, COSSU, VENDITTI & CASTRO-BLANCO, LLP
### ATTORNEYS AT LAW
### 222 BLOOMINGDALE ROAD, SUITE 202
### WHITE PLAINS, NEW YORK 10605
### Tel. (914) 288-9595
### Fax (914) 288-0850

Denise M. Cossu, Esq
E-mail: dcossu@mcvclaw.com
Direct Dial: (914) 831-6248

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. Plaintiff's opposition shall be filed by June 6, 2025.
>
> SO ORDERED.
>
> *[signature]*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 16, 2025

Re: *Kristin Stein v. Town of Greenburgh, et al.*
Civil Action No: 7:21cv05673 (PMH

Dear Judge Halpern:

This firm represents the Plaintiff, Kristin Stein, in the above-mentioned matter.

The purpose of this letter is to respectfully request that the time for Plaintiff to respond to Defendants' Motion In Limine be extended from May 22, 2025 to June 6, 2025. Defendants have courteously consented to this extension of time.

The Motion is significant, as it includes a 29-page Memorandum of Law and Exhibits A-I, all totaling approximately 900 pages.

The undersigned, who has until this time had primary responsibility for the litigation of this matter, in good faith scheduled and paid for my vacation out of the country for a time when I thought that it would not interfere with this case. I will be leaving on Sunday, May 18, 2025, not returning to the office until June 4, 2025.

Thank you for your consideration of this matter.

Respectfully submitted,

*Denise M. Cossu*
Denise M. Cossu

/bh
Encl.