UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KRISTIN STEIN,

                Plaintiff,

v.

TOWN OF GREENBURGH, et al.,

                Defendants.
----------------------------------------------------------X

**ORDER**

21-CV-05673 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A pretrial conference is scheduled for **August 27, 2025 at 2:30 p.m**. to be held at the White Plains courthouse.

SO ORDERED.

Dated: White Plains, New York
       July 2, 2025

_____
Philip M. Halpern
United States District Judge