UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN STEIN,<br><br>                      Plaintiff,<br><br>    - against -<br><br>TOWN OF GREENBURGH, KOBIE POWELL in his official capacity as a Lieutenant and individually, and FRANK FARINA in his official capacity as a Patrol Captain and individually,<br><br>                      Defendants. | **ORDER**<br><br>7:21-CV-05673 (PMH) |

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person pretrial conference today. For the reasons set forth on the record and the law cited therein, Defendants' motions *in limine* (Doc. 164) are GRANTED IN PART and DENIED IN PART as stated on the record.

    As explained more fully during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by September 26, 2025, an Amended Proposed Joint Pretrial Order.

2. The Court issued its rulings which granted, granted in substance, or denied the parties' proposed Voir Dire questions. The Court circulated the proposed Voir Dire Questionnaire and Summary of the Case. Any serious objections thereto, and any additions or deletions, in particular: any other people/places/entities that may be mentioned at trial; and names of other individuals who might be at counsel table besides those identified in the questions (like paralegals, interns, etc.), and a revised list of witness names (question 16) shall be set forth in a joint letter filed by September 26, 2025.

3. The parties shall meet and confer regarding changes to the proposed Verdict Sheets and file, by September 26, 2025, a single revised joint proposed Verdict Sheet.

4. The parties shall meet and confer regarding changes to the proposed Jury Instructions and file, by September 26, 2025, revised joint proposed Jury Instructions.

5. The parties are directed to meet and confer concerning redaction of the August 2020 EEOC Charge, scope of potential testimony, and any proposed limiting instruction and advise the Court of the results of such meet and confer by September 26, 2025.

6. The parties are directed to meet and confer concerning any potential revised expert reports and complete depositions, only to the extent necessary, by October 31, 2025.

7. Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.

8. This case is scheduled as primary backup to a trial scheduled to commence on December 8, 2025; and as primary backup to a trial scheduled to commence on February 17, 2026. This case must therefore be trial-ready for either of those dates. The parties are on five days' trial notice.

9. A final pretrial conference is scheduled for November 13, 2025 at 11:30 a.m.

See Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 164.

**SO ORDERED:**

Dated:   White Plains, New York
         August 26, 2025

_____
PHILIP M. HALPERN
United States District Judge