September 26, 2025

*Via ECF*

Hon. Judge Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        September 29, 2025

Re:     *Kristin Stein v. Town of Greenburgh, et al.*, 21-cv-05673-PMH

Dear Judge Halpern:

  The parties submit this joint letter to request one additional week for the filing of their proposed jury instructions and joint letter regarding outstanding evidentiary issues.

  Today the parties filed their revised Joint Pretrial Order, Joint Proposed Verdict Form and requested revisions to the Court's proposed voir dire, consistent with this Court's instructions at the August 26, 2025 Pretrial Conference. Additionally, Plaintiff informs the Court that she has decided not to revise her expert reports for Mr. Ramer and Dr. Siegert.

  The parties are continuing to confer regarding the jury instructions and to prepare a joint letter regarding the outstanding evidentiary issues. Accordingly, we seek an additional one week, to October 3, 2025, to file these remaining materials.

Respectfully submitted,

| | |
|---|---|
| Wilson Elser Moskowitz Edelman & Dicker LLP | Murtagh, Cossu, Venditti & Castro-Blanco, LLP |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| | |
| _____ | /s/ John M. Murtagh |
| John M. Flannery | Denise M. Cossu |
| Eliza M. Scheibel | John M. Murtagh |
| 1133 Westchester Avenue | Jim Castro-Blanco |
| White Plains, New York 10604 | 222 Bloomingdale Road |
| 914-872-7111 | White Plains, NY 10605 |
| John.Flannery@wilsonelser.com | 914-831-6239 |
| Eliza.Scheibel@wilsonelser.com | dcossu@mcvclaw.com |
| Our File No. 11174.00005 | JMurtagh@MCVClaw.com |
| | jcastroblanco@MCVClaw.com |

321167769v.1