UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KRISTIN STEIN,

                Plaintiff,

v.

TOWN OF GREENBURGH, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

21-CV-05673 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the pretrial conference scheduled for November 13, 2025 is adjourned to **January 28, 2026 at 2:30 p.m**. to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED.

Dated: White Plains, New York
       October 31, 2025

_____
Philip M. Halpern
United States District Judge