UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KRISTIN STEIN,

                Plaintiff,

v.

TOWN OF GREENBURGH, et al.,

                Defendants.

----------------------------------------------------------X

**ORDER**

21-CV-05673 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today for a conference on Plaintiff's motion to quash Defendants' trial subpoena. (Doc. 211). The Court construed Plaintiff's pre-motion letter (Doc. 211) as the motion to quash itself, Defendants' response letter (Doc. 212) as their opposition, and Plaintiff's response to the opposition (Doc. 214) as her reply; and the motion is GRANTED IN PART and DENIED IN PART. (*See* Individual Practices Rule 2(C); *In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d. Cir. 2011); *Brown v. New York*, 2022 WL 221343, at *2 (2d Cir. Jan. 26, 2022)).

The subpoena is modified to the extent that the demands seek "all" documents, eliminating the word "all" from both requests. With respect to the first request, Plaintiff is directed to produce photographs and video recordings recorded by the photographer of her wedding including any wedding-related events. Plaintiff is also directed to produce copies of any of her social media posts concerning those events. With respect to the second request, Plaintiff shall produce documents, including social media posts, photographs, and videos, regarding any vacations or trips she has taken since her deposition, including out-of-state trips or any honeymoon. Plaintiff is directed to produce these documents to Defendants by April 13, 2026. The parties are directed to meet and confer to review the production if it is voluminous.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 214).

SO ORDERED.

Dated:  White Plains, New York
        March 25, 2026

_____
Philip M. Halpern
United States District Judge

2